UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON T. HUNTER,

    Plaintiff,

v.                                                                CASE NO. 8:17-cv-464-T-23AEP

SHAWN JILES, et al.,

    Defendants.
_____/

## **ORDER**

In an incomprehensible complaint, Jason T. Hunter alleges (Doc. 1) that Shawn Jiles (an attorney apparently appointed to represent Hunter in a state-court criminal action), Peter Estrada (the state-court judge who presided in the action), and a "transcriber" for the Highland County Sheriff violated Hunter's First, Fourth, Fifth, Sixth, Tenth, Fourteenth, and Fifteenth Amendment rights. Also, Hunter appears to allege "unfair practices in international trade" and violations of "Involuntary Bankruptcy Law 1842," "Bankruptcy Rule 3861," the Sarbanes-Oxley Act, and the Lanham Act.

No facts suggest any merit in Hunter's complaint. In a thorough report, Magistrate Judge Porcelli recommends (Doc. 10) denying Hunter's motion (Doc. 2) to proceed *in forma pauperis* and dismissing the action as frivolous in accord with 28 U.S.C. § 1915. More than fourteen days after entry of the report and

recommendation, no response appears. The report and recommendation (Doc. 10) is **ADOPTED**, Hunter's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**, and the action is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on June 1, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE